CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

8/9/2023
LAURA A. AUSTIN, CLERK
BY: s/ T. TAYLOR
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

__Jones__
District Judge
(Assigned by Clerk's Office)

7:23-cv-00505

1983 title

__Sargent__
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. __Class Action__
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under
**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>**

__King Cedar Omar Snead__
Plaintiff Name                                         Inmate No.

v.

__President Biden" "Obama" "Trump"__
Defendant Name & Address

" " " "

Defendant Name & Address
" " " "

Defendant Name & Address " " "

Defendant Name & Address

Defendant Name & Address

Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

****************************************************************************************

A. <u>Where are you now?</u> Name _and_ Address of Facility:

__Lynchburg VA 24426 315 Wodos worth St.__

B. Where did this action take place? **U.S.A**
   N.W. Virginia to the most of VA

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

   ____ Yes    **✓** No

   If your answer to A is Yes, answer the following:

   1. Court: _____

   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   **✓** Yes    ____ No

   1. If your answer is Yes, indicate the result:
      President "Biden" was given info

   2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I I.D. as a threat to name lend softly it was a lie

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

I own the USA and the world! A.I. – Tap – Reel

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

*100,600 trillion U.S. Dollars is my "Court" Role*

G. If this case goes to trial, do you request a trial by jury? Yes ✓   No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 3/7/2023   SIGNATURE: *[signature]*

VERIFICATION:

I, *[name]*, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 3/7/2023   SIGNATURE: *[signature]*

Updated 9/9/22



# CENTRA

**Lynchburg General Hospital**

1901 Tate Springs Road
Lynchburg, VA 24501

US T
210 FR+
Roanoke



FIRST-CLASS

US POSTAGE ᴵᴹ ᴵ PITNEY BOWES

ZIP 23188
02 7H
0006125022
$ 001.11⁰
AUG 03 2023

istrice CourT
avlin Rd VH suits
VA 25401  S40