

# CENTRA

**Lynchburg General Hospital**

1901 Tate Springs Road
Lynchburg, VA 24501

US T
210 FR
Roanoke

FIRST-CLASS




US POSTAGE ᴵᴹᴵ PITNEY BOWES

ZIP 23188
02 7H
0006125022    $ 001.11⁰
AUG 03 2023

istrice court
wlin Rd VH Suits
V14 25401   S40